UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAPORT GLOBAL HOLDINGS LLC,

                Plaintiff,

– *against* –

PETAQUILLA MINERALS LTD.,

                Defendants.

**ORDER**

19 Civ. 9347 (ER)

Ramos, D.J.:

       The petitioners moved this Court on January 15, 2020 to issue summary judgment and confirm an arbitration award made on April 22, 2019 against the respondent. Docs. 1, 8. In their petition, the petitioners indicate that the respondent was bound by two agreements containing arbitration provisions. Doc. 1 ¶¶ 8–12. The petitioners did not attach these agreements to their motion. Should the petitioners wish for the Court to consider these agreements in its determination on a motion for summary judgment of whether the parties had an operative and binding arbitration clause covering their dispute, they are ORDERED to file a supplemental declaration with the Agreement attached by May 22, 2020.

       It is SO ORDERED.

Dated:   May 15, 2020
            New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.