**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

SEAPORT GLOBAL HOLDINGS LLC,

                Petitioner,

        -against-

PETAQUILLA MINERALS LTD.,

                Respondent.
-----------------------------------------------------------X

19 **CIVIL** 9347  (ER)

JUDGMENT

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 27, 2020, the petitioners' motion is granted in part and denied in part; the arbitration award is confirmed, and judgment is entered in favor of petitioners in the amount of $2,972,833.31 pursuant to the arbitrator's final award; the judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961; if Seaport chooses to pursue attorney's fees and costs in connection with this matter, as well as pre-judgment interest on the award, it must within ten days of the entry of the Order, submit records supporting attorney's fees and costs and a short letter indicating the amount of pre-judgment interest it seeks and the basis for this amount.

**Dated**: New York, New York
       May 27, 2020

                                               **RUBY J. KRAJICK**
                                               _____
                                                    **Clerk of Court**
**BY:**
                                                      **Deputy Clerk**