# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SEAPORT GLOBAL HOLDINGS LLC,

                Petitioner,             19 **CIVIL** 9347 (ER)

       -against-             **AMENDED JUDGMENT**

PETAQUILLA MINERALS LTD.,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated May 27, 2020 and June 23, 2020, the petitioners' motion is granted in part and denied in part; the arbitration award is confirmed, and judgment is entered in favor of petitioners in the amount of $2,972,833.31 pursuant to the arbitrator's final award; Seaport's motion is granted, prejudgment interest on the final award at the rate of 9% per annum from April 22, 2019 to May 27, 2020 amounts to $293,043.88, plus $5,010.35 in attorney's fees and costs, for a total sum of $3,271,787.64; the judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
        June 24, 2020

                                       **RUBY J. KRAJICK**

                                       _____

                                        **Clerk of Court**

                   BY:

                                        **Deputy Clerk**