UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    :
SEAPORT GLOBAL HOLDINGS LLC,        :     No. 1:19-cv-09347-ER
                                    :
            Petitioner,             :     ECF CASE
                                    :
    - Against -                     :     ~~PROPOSED~~ AMENDED
                                    :     JUDGMENT
PETAQUILLA MINERALS LTD.,           :
                                    :
            Respondent.             :
_____ :

It is hereby **ORDER, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated May 27, 2020 and June 23, 2020, the petitioners' motion is granted in part and denied in part; the arbitration award is confirmed, and judgment is entered in favor DOC Investments, LLC and Edward Lainfiesta, as the assignees and transferees of Seaport's rights, in the amount of $2,972,833.31 pursuant to the arbitrator's final award; prejudgment interest on the final award at the rate of 9% per annum from April 22, 2019 to May 27, 2020 amounts to $293,043.88, plus $5,010.35 in attorney's fees and costs, for a total sum of $3,271,787.64; the judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961; accordingly, the case is closed.

Dated: New York, New York

_____ April _6_, 2022.

_____
Hon. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE