UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| SEAPORT GLOBAL HOLDINGS LLC, | : | No. 1:19-cv-09347-ER |
| | : | |
| Petitioner, | : | ECF CASE |
| | : | |
| - Against - | : | ~~PROPOSED~~ **AMENDED JUDGMENT** |
| | : | |
| PETAQUILLA MINERALS LTD., | : | |
| | : | |
| Respondent. | : | |
| | : | |

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated May 27, 2020 and June 23, 2020, the petitioners' motion is granted in part and denied in part; the arbitration award is confirmed, and judgment is entered in favor DOC Investments, LLC and Edward Lainfiesta, as the assignees and transferees of Seaport's rights, in the amount of $2,972,833.31 pursuant to the arbitrator's final award; prejudgment interest on the final award at the rate of 9% per annum from April 22, 2019 to May 27, 2020 amounts to $293,043.88, plus $5,010.35 in attorney's fees and costs, for a total sum of $3,271,787.64; the judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961.

It is hereby **FURTHER ORDERED, ADJUDGED AND DECREED:** That, in accordance with Federal Rule of Civil Procedure 25(c), DOC Investments, LLC and Edward Lainfiesta are substituted as the petitioners in this action; that the caption be amended to reflect DOC Investments, LLC and Edward Lainfiesta as petitioners; and that this Court shall retain jurisdiction of this matter for the purpose of enforcement of the terms of this Judgment; accordingly, the case is closed.

Dated: New York, New York

April 21, 2022.

_____
Hon. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE